ANDREW RAY, as Administrator, etc., of ANDREW M. RAY, JR., Deceased,

---

* Revd., 264 N. Y. 331.   †Affd., 264 N. Y. 623.

Respondent, v. WILLIAM A. HILL Co., INC., Appellant, and GEORGE C. WELNER, Defendant.— Order denying motion of defendant William A. Hill Co., Inc., to dismiss the amended complaint for insufficiency affirmed, with ten dollars costs and disbursements. Said defendant may serve its answer within ten days from the entry of the order herein upon the terms stated in the order. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.